SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK MORTIMER,<br><br>          Plaintiff,<br><br>     v.<br><br>CHASE BANK USA, N.A., AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,<br><br>          Defendants. | Case No.: 3:12-CV-01936-CW<br><br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO RESTRICT ACCESS<br><br>Judge:     Hon. Claudia Wilken |

This matter came before this Honorable Court by way of Ex Parte motion by Plaintiff Mark Mortimer requesting this Honorable Court restrict access to docket number 1.

IT IS HEREBY ORDERED that the motion to restrict access is granted and the Clerk shall restrict access to Exhibits A through D, attached to the Complaint accompanying the Notice of Removal Filed at Docket No. 1.

IT IS FURTHER ORDERED that Plaintiff shall file with this Honorable Court Exhibits A through D of the Complaint with the redactions necessary to comply with Federal Rule of Civil Procedure 5.2.

1   Dated:  6/22/2012

    _____
    PHYLLIS J. HAMILTON
    United States District Court Judge