IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORTIMER,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>    Defendant.<br>_____/ | No. C 12-1936 CW<br><br>ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT |

Plaintiff Mark Mortimer has sued Chase Bank USA, N.A., for claims based on the bank's allegedly furnishing inaccurate information about his credit card account to the credit reporting agency, Experian.  On June 21, 2012, the Court held a hearing on Chase's motion to dismiss the complaint.  At the hearing, the Court stated that it was inclined to grant the motion to dismiss.  On July 5, 2012, before the Court issued its final ruling, Mortimer filed an amended complaint.  Docket No. 18.  The Court strikes the amended complaint, subject to refiling after Mortimer has an opportunity to review and take full account of the Court's final ruling.

    IT IS SO ORDERED.


Dated: Õ|→]ÁIÊÁG€FG

                                      CLAUDIA WILKEN<br>                                      United States District Judge