GEORGE G. WEICKHARDT (SBN 58586)
CHRISTOPHER W. VINCENT (SBN 227021)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  gweickhardt@rmkb.com
        cvincent@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as JPMORGAN CHASE BANK, NATIONAL ASSOCIATION an FDIC insured corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK MORTIMER,<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>        Defendants. | CASE NO. 4:12-cv-01936-CW<br><br>**STIPULATED REQUEST FOR DISMISSAL AND** ~~PROPOSED~~ **ORDER** |

//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED by and between Plaintiff Mark Mortimer and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 9, 2012　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
　　GEORGE G. WEICKHARDT
　　CHRISTOPHER W. VINCENT
　　Attorneys for Defendant
　　CHASE BANK USA, N.A.

Dated: November 9, 2012　　　　　　　　SAGARIA LAW, P.C.

By: /s/ Elliot Gale
　　SCOTT J. SAGARIA
　　ELLIOT W. GALE
　　Attorneys for Plaintiff
　　MARK MORTIMER

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Pending motion is terminated.

DATED: 11/13/2012　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE